FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN - 5 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
v.                                )    4:22CR00003 RLW/PLC
                                  )
DWAYNE WILLIAMS,                  )
                                  )
          Defendant.              )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about September 9, 2021, in the County of St. Louis, within the Eastern District of Missouri,

**DWAYNE WILLIAMS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
LINDA R. LANE, #AT00114511A
Assistant United States Attorney